424 A.2d 556

Commonwealth v. Lindsay, Appellant.

Submitted September 10, 1979. W. Alan Williams, for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence is affirmed.